FILED IN OPEN COURT
ON 6/20/19 SKT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-245-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ELTON WAYNE WALSTON | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Jason Corprew of the Wilson Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on June 20, 2017, be transferred to Jason Coprew to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 121 | Wilco Hess plastic bag with contents |
| 39 | Brown leather belt |
| 71 | Heroin - 3/9/2015 |
| 74 | Heron - 3/16/2015 |
| 77 | Heroin – 7/27/2016 |
| 80 | Heroin – 7/28/2016 |
| 83 | Heroin – 8/12/2016 |
| 86 | Heroin – 8/16/2016 |

1

| | |
|---|---|
| 54 | Pill bottle with bags of heroin |
| 87 | Envelope – U.S. Currency |
| 53 | 20 Gauge Shotgun |
| 58 | 20 Gauge Round |

SO ORDERED this the 20th day of June, 2017.

                                                                Louise W. Flanagan
                                                                United States District Judge

SO ACKNOWLEDGED:

Jason Corprew, Case Agent

Benjamin O. Zellinger, Assistant U.S. Attorney