UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00245-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ELTON WAYNE WALSTON | ) | |

Upon defendant's motion to seal [DE 97], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 97] be Sealed and remain sealed until such time as the Court may direct [DE 97] be unsealed.

So Ordered, this the  28th  day of  September , 2017.

_____
LOUISE W. FLANAGAN
United States District Judge