FILED IN OPEN COURT
ON 10/30/17 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00245-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ELTON WAYNE WALSTON | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the defendant being found guilty by Verdict of a jury to Counts One through Seven of the Superseding Criminal Indictment on June 22, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing a violation of 18 U.S.C. § 924(c)(1)(A), to wit: (a) a New England .20 shotgun, serial number NG285738, and (b) Winchester .20 shotgun shell;

AND WHEREAS, by virtue of the entry of the Verdict, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the entry of the Verdict as to the defendant ELTON WAYNE WALSTON, the United States is hereby

1

authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant as of sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 30th day of October, 2017.

LOUISE W. FLANAGAN
United States District Judge